# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:
KENNETH KARL ELLSWORTH
8015 E. FOOTHILLS DR.
SCOTTSDALE, AZ 85255
**SSAN:** xxx–xx–9173
**EIN:**

Chapter: 13

Case No.: 2:07–bk–00986–CGC

---

# Declaration of Evidence of Employers' Payments Within 60 Days

☒ Attached hereto are copies of all **payment advices, pay stubs** or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no **payment advices, pay stubs** or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following **payments** from employers within 60 days prior to the filing of the petition: $_____ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

_____     _____     3/20/07
Signature of Debtor                              Date

If attaching **pay stubs** or other **payment advices**, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# Hickey, Thorstenson, Grover, Ltd.

| EmpID | Department | Employee Name | Payroll Period | Check Date | Advice No. |
|-------|-----------|---------------|----------------|------------|------------|
| KE | A   Arizona | Kenneth K. Ellsworth | 1/6/2007 - 1/19/2007 | 01/22/2007 | 3255 |

| Earnings | Curr Hrs | YTD Hrs | Curr Amt | YTD Amt | | Deductions | Current Amt | YTD Amt |
|----------|----------|---------|----------|---------|--|-----------|-------------|---------|
| Regular | 90.00 | 117.00 | 3,076.92 | 4,077.85 | | Social Security Tax - Employee | 211.49 | 394.34 |
| Vacation/Sick Leave | | 40.00 | | 1,482.85 | | Medicare Tax - Employee | 49.46 | 92.22 |
| Holiday | | 16.00 | | 593.14 | | Federal Income Tax | 423.00 | 731.00 |
| Commissions | | | 462.00 | 462.00 | | Arizona State Income Tax | 80.37 | 138.89 |
| Bonus Pay | | | | | | Cafeteria Ded - Med | 97.74 | 195.48 |
| Totals: | 90.00 | 173.00 | 3,538.92 | 6,615.84 | | Cafeteria Ded - HSA - Family | 30.00 | 60.00 |
| | | | | | | Totals: | 892.06 | 1,611.93 |

---

| Pay Rate: 3,076.92 | Earnings: 3,538.92 | Deductions: 892.06 | Net Pay: 2,646.86 | YTD Earned: 6,615.84 | YTD Deducted: 1,611.93 | YTD Net: 5,003.91 |
|---|---|---|---|---|---|---|

| Vacation | Holiday |
|----------|---------|
| 168.0000 | 40.0000 |

Check / Advice Date:     1/22/2007

Advice No.     3255

| Bank | Account Number | Account Type | Amount |
|------|----------------|--------------|--------|
| Bank of America | xxxxxxxx7530 | Automated Deposit to Checking (Credit) | 2,646.86 |
| | | Total: | 2,646.86 |

**Kenneth K. Ellsworth**
**8015 E. Foothills Drive**
**Scottsdale, AZ  85255**

# HTG Architects

| EmpID | Department | | Employee Name | Payroll Period | Check Date | Advice No. |
|-------|------------|---|---------------|----------------|------------|------------|
| KKE | A | Arizona | Kenneth K. Ellsworth | 1/20/2007 - 2/2/2007 | 02/05/2007 | 3294 |

| Earnings | Curr Hrs | YTD Hrs | Curr Amt | YTD Amt | Deductions | Current Amt | YTD Amt |
|----------|----------|---------|----------|---------|------------|-------------|---------|
| Regular | 90.00 | 207.00 | 3,076.92 | 7,154.77 | Social Security Tax - Employee | 180.68 | 575.02 |
| Vacation/Sick Leave | | 40.00 | | 1,482.85 | Medicare Tax - Employee | 42.26 | 134.48 |
| Holiday | | 16.00 | | 593.14 | Federal Income Tax | 303.00 | 1,034.00 |
| Commissions | | | | 462.00 | Arizona State Income Tax | 57.57 | 196.46 |
| Bonus Pay | | | | | Cafeteria Ded - Med | 97.74 | 293.22 |
| | | | | | Cafeteria Ded - HSA - Family | 65.00 | 125.00 |
| Totals: | 90.00 | 263.00 | 3,076.92 | 9,692.76 | Totals: | 746.25 | 2,358.18 |

| Pay Rate: 3,076.92 | Earnings: 3,076.92 | Deductions: 746.25 | Net Pay: 2,330.67 | YTD Earned: 9,692.76 | YTD Deducted: 2,358.18 | YTD Net: 7,334.58 |
|---|---|---|---|---|---|---|

| Vacation | Holiday |
|----------|---------|
| 168.0000 | 40.0000 |

Check / Advice Date:  2/5/2007

Advice No.  3294

| Bank | Account Number | Account Type | Amount |
|------|----------------|--------------|--------|
| Bank of America | xxxxxxxx7530 | Automated Deposit to Checking (Credit) | 2,330.67 |
| | | Total: | 2,330.67 |

**Kenneth K. Ellsworth**
**8015 E. Foothills Drive**
**Scottsdale, AZ  85255**

# HTG Architects

| EmpID | Department | Employee Name | Payroll Period | Check Date | Advice No. |
|---|---|---|---|---|---|
| KE | A Arizona | Kenneth K. Ellsworth | 2/3/2007 - 2/16/2007 | 02/19/2007 | 3330 |

| Earnings | Curr Hrs | YTD Hrs | Curr Amt | YTD Amt | Deductions | Current Amt | YTD Amt |
|---|---|---|---|---|---|---|---|
| Regular | 90.00 | 297.00 | 3,076.92 | 10,231.69 | Social Security Tax - Employee | 180.68 | 755.70 |
| Vacation/Sick Leave | | 40.00 | | 1,482.85 | Medicare Tax - Employee | 42.26 | 176.74 |
| Holiday | | 16.00 | | 593.14 | Federal Income Tax | 303.00 | 1,337.00 |
| Commissions | | | | 462.00 | Arizona State Income Tax | 57.57 | 254.03 |
| Bonus Pay | | | | | Cafeteria Ded - Med | 97.74 | 390.96 |
| | | | | | Cafeteria Ded - HSA - Family | 65.00 | 190.00 |
| Totals: | 90.00 | 353.00 | 3,076.92 | 12,769.68 | Totals: | 746.25 | 3,104.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Pay Rate:* 3,076.92 | *Earnings:* 3,076.92 | *Deductions:* 746.25 | *Net Pay:* 2,330.67 | *YTD Earned:* 12,769.68 | *YTD Deducted:* 3,104.43 | *YTD Net:* 9,665.25 |

| Vacation | Holiday |
|---|---|
| 168.0000 | 40.0000 |

Check / Advice Date:   2/19/2007

Advice No.   3330

| Bank | Account Number | Account Type | Amount |
|---|---|---|---|
| Bank of America | xxxxxxxx7530 | Automated Deposit to Checking (Credit) | 2,330.67 |
| | | Total: | 2,330.67 |

Kenneth K. Ellsworth
8015 E. Foothills Drive
Scottsdale, AZ 85255

# ITG Architects

Advice No.

3358

| mpID | Department | Employee Name | Payroll Period | Check Date | Advice No. |
|------|-----------|---------------|----------------|------------|------------|
| *llsworth* A Arizona | | *Kenneth K. Ellsworth* | *2/17/2007 - 3/2/2007* | *03/05/2007* | *3358* |

| Earnings | Curr Hrs | YTD Hrs | Curr Amt | YTD Amt |
|----------|----------|---------|----------|---------|
| Regular | 90.00 | 387.00 | 3,076.92 | 13,308.61 |
| Vacation/Sick Leave | | 40.00 | | 1,482.85 |
| Holiday | | 16.00 | | 593.14 |
| Commissions | | | | 462.00 |
| Bonus Pay | | | | |
| Totals: | 90.00 | 443.00 | 3,076.92 | 15,846.60 |

| Deductions | Current Amt | YTD Amt |
|------------|-------------|---------|
| Social Security Tax - Employee | 180.68 | 936.38 |
| Medicare Tax - Employee | 42.26 | 219.00 |
| Federal Income Tax | 303.00 | 1,640.00 |
| Arizona State Income Tax | 57.57 | 311.60 |
| Cafeteria Ded - Med | 97.74 | 488.70 |
| Cafeteria Ded - HSA - Family | 65.00 | 255.00 |
| Totals: | 746.25 | 3,850.68 |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Pay Rate: 3,076.92 | Earnings: 3,076.92 | Deductions: 746.25 | Net Pay: 2,330.67 | YTD Earned: 15,846.60 | YTD Deducted: 3,850.68 | YTD Net: 11,995.92 | |

| Vacation | Holiday |
|----------|---------|
| 168.0000 | 40.0000 |

Check / Advice Date:     3/5/2007

Advice No.     3358

| Bank | Account Number | Account Type | Amount |
|------|----------------|--------------|--------|
| Bank of America | xxxxxxxx7530 | Automated Deposit to Checking (Credit) | 2,330.67 |
| | | Total: | 2,330.67 |

**Kenneth K. Ellsworth**
**8015 E. Foothills Drive**
**Scottsdale, AZ 85255**

# Family Practice of Scottsdale
## Statement of Revenues Expenses - Income Tax Basis
### For the Twelve Months Ending December 31, 2006

|  |  | **Year to Date** | **percent** |
|---|---|---|---|
| **Revenues** |  |  |  |
| Patient Income | $ | 281,252.60 | 100.00 |
|  |  |  |  |
| Total Revenues |  | 281,252.60 | 100.00 |
|  |  |  |  |
| **Cost of Sales** |  |  |  |
| Medical Supplies |  | 34,758.82 | 12.36 |
| Contract Labor |  | 32,083.23 | 11.41 |
| Billing Services |  | 5,878.07 | 2.09 |
| Lab Fees |  | 1,623.26 | 0.58 |
|  |  |  |  |
| Total Cost of Sales |  | 74,343.38 | 26.43 |
|  |  |  |  |
| Gross Profit |  | 206,909.22 | 73.57 |
|  |  |  |  |
| **Expenses** |  |  |  |
| Accounting |  | 2,700.00 | 0.96 |
| Advertising |  | 4,626.29 | 1.64 |
| Automobile |  | 7,165.18 | 2.55 |
| Bank Service Charges |  | 561.19 | 0.20 |
| Building Security/Protection |  | 775.23 | 0.28 |
| Credit Card Fees |  | 19,410.02 | 6.90 |
| Consulting Expense |  | 383.06 | 0.14 |
| Dues/Subscriptions |  | 1,617.00 | 0.57 |
| Gifts |  | 655.20 | 0.23 |
| Insurance - Malpractice |  | 25,120.87 | 8.93 |
| Insurance - Liability |  | 912.00 | 0.32 |
| IT Expenses |  | 2,417.14 | 0.86 |
| Interest Expense |  | 2,866.97 | 1.02 |
| Janitorial |  | 600.00 | 0.21 |
| Legal Fees |  | 34,290.45 | 12.19 |
| Licensing |  | 362.00 | 0.13 |
| Meals/Entertainment |  | 1,580.91 | 0.56 |
| Miscellaneous |  | 523.09 | 0.19 |
| Office Expense |  | 20,483.04 | 7.28 |
| Office Supplies |  | 2,614.53 | 0.93 |
| Postage |  | 113.76 | 0.04 |
| Professional Development |  | 695.00 | 0.25 |
| Rent |  | 37,759.96 | 13.43 |
| Repair/Maintenance |  | 998.46 | 0.36 |
| Telephone Expense |  | 2,510.64 | 0.89 |
|  |  |  |  |
| Total Expenses |  | 171,741.99 | 61.06 |
|  |  |  |  |
| **Net Income** | $ | **35,167.23** | **12.50** |