**HIRSCH LAW OFFICE, P.C.**
5020 East Shea Boulevard
Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Phone: (480) 505-9696
Facsimile: (480) 505-9707

**Lawrence D. Hirsch - AZ Bar No. 004982**
**Iva S. Hirsch - AZ Bar No. 006607**

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>KENNETH KARL ELLSWORTH and<br>JESSICA TERESA ELLSWORTH,<br><br>　　　　　Debtors | In Proceedings Under Chapter 13<br><br>Case No. 2-07-bk-00986-CGC<br><br>**NOTICE OF DATE TO FILE OBJECTIONS TO AMENDED PLAN AND CERTIFICATE OF SERVICE** |

　　　　NOTICE is given that the Debtor has filed a Chapter 13 Plan and that pursuant to Order of the Court, Plan confirmation is governed by the following requirements:

　　　　1) Objections to the Plan must be in writing, filed with the Clerk of the Bankruptcy Court, and copies served upon the following parties no later than **May 1, 2007.**

| | |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>230 N. First Avenue, Suite 101<br>Phoenix, Arizona 85003 | Edward Maney, Chapter 13 Trustee<br>PO Box 10434<br>Phoenix, Arizona 85064 |
| Lawrence D. Hirsch<br>Hirsch Law Office, P.C.<br>5020 E. Shea Blvd., Suite 150<br>Scottsdale, AZ 85254<br>Attorney for Debtors | Kenneth and Jessica Ellsworth<br>8015 East Foothills Drive<br>Scottsdale, AZ 85255 |

　　　　2)　　　The Trustee's written recommendation is to be filed within 30 days after the above date to file objections to the Plan.

　　　　3)　　　If no objections are filed and the Trustee recommends confirmation, the Plan can be

confirmed without a hearing.

4) If objections are filed and/or if the Trustee does not recommend confirmation, the Plan can be confirmed without hearing provided that the Trustee and all objecting creditors agree to a stipulated order of confirmation. If unable to so agree and stipulate, the Trustee will give notice of a confirmation hearing to the Debtors, the Debtors' attorney, and each objecting party.

DATED this 4th day of April, 2007.

HIRSCH LAW OFFICE, P.C.

/s/ LDH (#004982)
Lawrence D. Hirsch
5020 E. Shea Blvd., Suite 150
Scottsdale, Arizona 85254
Attorney for Debtors

I, Lawrence D. Hirsch, hereby certify that copies of this notice and copies of the Debtors' Chapter 13 Plan were mailed on the 6th day of April, 2007, to the Chapter 13 Trustee and all creditors and interested parties as set forth on Court's Master Mail List, attached hereto.

DATED this 6th day of April, 2007.

/s/ LDH (#004982
Lawrence D. Hirsch
Attorney for Debtors