RONALD L. HOFFBAUER, 006888
P.O. BOX 10434
PHOENIX, AZ 85064
(602) 277-3776 x205
Fax (602) 277-4103
ronh@maney13trustee.com
Attorney for Edward J. Maney,
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

KENNETH KARL ELLSWORTH
JESSICA TERESA ELLSWORTH

Debtor

No. 2:07-bk-00986-CGC
Chapter 13

TRUSTEE'S OBJECTION TO
PROPERTY CLAIMED EXEMPT

TO THE DEBTORS AND THEIR ATTORNEY OF RECORD:

Comes now Edward J. Maney, the standing Chapter 13 Trustee assigned to administer this case (hereafter "Trustee"), by and through counsel undersigned, and pursuant to Bankruptcy Rule 4003(b) objects to the following claimed exemptions shown on Schedule C:

Property:             1998 Sabaru
Exemption Law:        A.R.S. §33-1125(8)
Value Exempt:         $6,000.00

As grounds for objection, the Trustee states that:

A.R.S. §33-1125(8) provides that a Debtor may claim an exemption for a motor vehicle up to a fair market value of $5,000. Although each Debtor may claim the exemption, nothing in the statute allows a Debtor to split his exemption. In addition to the above vehicle, the Debtors have also claimed an exemption for a 1999 Chevy Tahoe.

Wherefore, the Trustee requests that if no response or amended Schedules are filed correcting the issues raised above, that an Order be entered denying the Debtor's claimed exemptions in full as set forth herein.

Respectfully submitted this 3rd day of May, 2007.

Ronald L. Hoffbauer
Attorney for Edward J. Maney, Trustee

-1-

A copy of the foregoing mailed this
4th day of May, 2007 to:

JESSICA TERESA ELLSWORTH
KENNETH KARL ELLSWORTH
8015 E. FOOTHILLS DR.
SCOTTSDALE, AZ 85255
DEBTORS

LAWRENCE D. HIRSCH
HIRSCH LAW OFFICE, P.C.
5020 E. SHEA BLVD., #150
SCOTTSDALE, AZ 85254
DEBTOR'S COUNSEL

and a copy hand delivered to:

U.S. TRUSTEE
230 N. FIRST AVENUE
SUITE 204
PHOENIX, AZ

By _Crystal Cardenas_
Trustee's Clerk

-2-