1  RONALD L. HOFFBAUER, 006888
   P.O. BOX 10434
2  PHOENIX, AZ 85064
   (602) 277-3776 x205
3  (602) 277-4103
   ronh@maney13trustee.com
4  Attorney for Edward J. Maney,
        Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                                ) No.   2:07-bk-00986-CGC
                                      )       Chapter 13
KENNETH KARL ELLSWORTH                )
JESSICA TERESA ELLSWORTH              )
                                      )
                                      ) NOTICE OF OBJECTION TO
                                      ) CLAIMED EXEMPTIONS
              Debtor                  )
_____)

TO THE DEBTOR AND THEIR ATTORNEY OF RECORD:

The Trustee has filed the above objection to the exemptions claimed by the Debtor.

**Your rights may be affected. Read the enclosed and consult with your attorney if you are represented by an attorney.**

If you do not want the court to sustain the Trustee's objection to the claimed exemptions and disallow them or if you want the Court to consider your views on the Trustee's objection, then on or before June 3rd 2007, you or your attorney must file with the Court a written response requesting a hearing on the Trustee's objection or file an amendment to the schedules that properly sets forth the correct exemption.

| **LOCATION** | **MAILING ADDRESS** |
| --- | --- |
| (To File in Person) | (To File by Mail) |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| 230 N. First Avenue, Suite 101 | 230 N. First Avenue, Suite 101 |
| Phoenix, Arizona 85003-1706 | Phoenix, Arizona 85003-1706 |

If you mail your response, it must be filed with the Court on or before the date stated above.

You must also mail a copy to the Trustee at:

Edward J. Maney, Trustee
P. O. Box 10434
Phoenix, Arizona 85064

-3-

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Trustee's objection and may enter an Order that sustains the Trustee's objection and disallows those exemptions to which the Trustee has objected.

Respectfully submitted this 3rd day of May, 2007.

Ronald L. Hoffbauer
Attorney for Edward J. Maney, Trustee

A copy of the foregoing mailed this
4th day of May, 2007 to:

JESSICA TERESA ELLSWORTH
KENNETH KARL ELLSWORTH
8015 E. FOOTHILLS DR.
SCOTTSDALE, AZ 85255
DEBTORS

LAWRENCE D. HIRSCH
HIRSCH LAW OFFICE, P.C.
5020 E. SHEA BLVD., #150
SCOTTSDALE, AZ 85254
DEBTOR'S COUNSEL

and a copy hand delivered to:

U.S. Trustee,
230 N. First Avenue
Suite 204
Phoenix, AZ

By Crystal Cardenas
Trustee's Clerk

-4-