In re **Kenneth Karl Ellsworth,**
**Jessica Teresa Ellsworth**                                  Case No. __2:07-bk-00986__

Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account | J | 199.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Kitchen Table | J | 50.00 |
| | | 4 Kitchen Chairs | J | 100.00 |
| | | Dining Room Table | J | 300.00 |
| | | 6 Dining Room Chairs | J | 120.00 |
| | | 2 Sofas | J | 400.00 |
| | | 4 Living Room Chairs | J | 300.00 |
| | | Coffee Table | J | 25.00 |
| | | 3 End Tables | J | 25.00 |
| | | 3 Living Room Lamps | J | 50.00 |
| | | 2 Beds | J | 600.00 |
| | | 4 Night Stands | J | 30.00 |
| | | 1 Dresser | J | 100.00 |
| | | 1 Chest of Drawers | J | 20.00 |
| | | | Sub-Total > (Total of this page) | **2,319.00** |

__4__ continuation sheets attached to the Schedule of Personal Property

In re **Kenneth Karl Ellsworth,**
**Jessica Teresa Ellsworth** Case No. **2:07-bk-00986**
,
Debtors

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2 Bedroom Lamps** | **J** | **20.00** |
| | | **1 TV Set** | **J** | **50.00** |
| | | **2 TV Sets** | **J** | **100.00** |
| | | **2 Radios** | **J** | **20.00** |
| | | **1 Stereo** | **J** | **100.00** |
| | | **1 VCR** | **J** | **10.00** |
| | | **1 Stove** | **J** | **50.00** |
| | | **2 Microwave Oven** | **J** | **30.00** |
| | | **2 Refrigerator** | **J** | **200.00** |
| | | **1 Washing Machine** | **J** | **100.00** |
| | | **1 Clothes Dryer** | **J** | **100.00** |
| | | **2 Desks** | **J** | **75.00** |
| | | **2 Patio Tables** | **J** | **50.00** |
| | | **6 Patio Chairs** | **J** | **60.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **100 Books** | **J** | **50.00** |
| | | **2 Family Bibles** | **J** | **30.00** |
| 6. Wearing apparel. | | **Men's Clothing** | **H** | **200.00** |
| | | **Women's Clothing** | **W** | **500.00** |
| 7. Furs and jewelry. | | **Lady's Watch** | **W** | **10.00** |
| | | **Wedding Ring** | **H** | **100.00** |
| | | **Wedding Ring** | **W** | **700.00** |
| | | **Pair of Pearl Earings** | **W** | **50.00** |
| | | **3 Pairs of Gold Earings** | **W** | **70.00** |

Sub-Total > **2,675.00**
(Total of this page)

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

Form B6B
(10/05)

In re **Kenneth Karl Ellsworth,**     Case No. **2:07-bk-00986**
      **Jessica Teresa Ellsworth**
      Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **METLIFE** | J | 60,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Family Practice of Scottsdale**<br>**9377 E. Bell Rd., #175**<br>**Scottsdale, AZ 85260** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                                                         Sub-Total >    **60,000.00**
                                                                       (Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

Form B6B
(10/05)

In re **Kenneth Karl Ellsworth,** Case No. __2:07-bk-00986__
**Jessica Teresa Ellsworth**
_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Chevy Tahoe** | J | **3,000.00** |
| | | **1998 Sabaru** | J | **4,600.00** |
| | | **2007 Mercedes Benz ML 350** | J | **42,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 Filing Cabinet** | J | **50.00** |
| | | **2 Calculators** | J | **1.00** |
| | | **1 Personal Computer** | J | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total > **49,851.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

Form B6B
(10/05)

In re **Kenneth Karl Ellsworth,**　　　　　　　　　　　　　　　　　　　　　Case No. __**2:07-bk-00986**__
　　　　**Jessica Teresa Ellsworth**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **3 Bicycles** | **J** | **100.00** |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　**100.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)
Sheet __**4**__ of __**4**__ continuation sheets attached　　　　　　　　　　　　　　　　Total >　　**114,945.00**
to the Schedule of Personal Property
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re **Kenneth Karl Ellsworth,**          Case No. **2:07-bk-00986**
     **Jessica Teresa Ellsworth**
                                            Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Residence | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 900,000.00 |
| 8015 E. Foothills Drive<br>Scottsdale, AZ  85255 | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank of America Checking Account | Ariz. Rev. Stat. § 33-1126A(9) | 300.00 | 199.00 |
| **Household Goods and Furnishings** | | | |
| Kitchen Table | Ariz. Rev. Stat. § 33-1123(1) | 50.00 | 50.00 |
| 4 Kitchen Chairs | Ariz. Rev. Stat. § 33-1123(1) | 100.00 | 100.00 |
| Dining Room Table | Ariz. Rev. Stat. § 33-1123(1) | 300.00 | 300.00 |
| 4 Living Room Chairs | Ariz. Rev. Stat. § 33-1123(3) | 300.00 | 300.00 |
| Coffee Table | Ariz. Rev. Stat. § 33-1123(4) | 25.00 | 25.00 |
| 3 End Tables | Ariz. Rev. Stat. § 33-1123(4) | 25.00 | 25.00 |
| 3 Living Room Lamps | Ariz. Rev. Stat. § 33-1123(5) | 50.00 | 50.00 |
| 2 Beds | Ariz. Rev. Stat. § 33-1123(7) | 600.00 | 600.00 |
| 1 Dresser | Ariz. Rev. Stat. § 33-1123(8) | 100.00 | 100.00 |
| 2 Bedroom Lamps | Ariz. Rev. Stat. § 33-1123(8) | 20.00 | 20.00 |
| 1 TV Set | Ariz. Rev. Stat. § 33-1123(11) | 50.00 | 50.00 |
| 1 Stove | Ariz. Rev. Stat. § 33-1123(13) | 50.00 | 50.00 |
| 2 Refrigerator | Ariz. Rev. Stat. § 33-1123(14) | 200.00 | 200.00 |
| 1 Washing Machine | Ariz. Rev. Stat. § 33-1123(15) | 100.00 | 100.00 |
| 1 Clothes Dryer | Ariz. Rev. Stat. § 33-1123(16) | 100.00 | 100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 100 Books | Ariz. Rev. Stat. § 33-1125(5) | 50.00 | 50.00 |
| 2 Family Bibles | Ariz. Rev. Stat. § 33-1125(5) | 30.00 | 30.00 |
| **Wearing Apparel** | | | |
| Men's Clothing | Ariz. Rev. Stat. § 33-1125(1) | 200.00 | 200.00 |
| Women's Clothing | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6C  
(10/05)

In re **Kenneth Karl Ellsworth,**  
**Jessica Teresa Ellsworth** Case No. **2:07-bk-00986**
,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| Lady's Watch | Ariz. Rev. Stat. § 33-1125(6) | 10.00 | 10.00 |
| **Wedding Ring** | Ariz. Rev. Stat. § 33-1125(4) | 100.00 | 100.00 |
| **Wedding Ring** | Ariz. Rev. Stat. § 33-1125(4) | 700.00 | 700.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| METLIFE | Ariz. Rev. Stat. § 33-1126(C) | 60,000.00 | 60,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Chevy Tahoe | Ariz. Rev. Stat. § 33-1125(8) | 3,000.00 | 3,000.00 |
| **1998 Sabaru** | Ariz. Rev. Stat. § 33-1125(8) | 4,600.00 | 4,600.00 |

Total: **221,560.00** **971,459.00**

Sheet **1** of **1** continuation sheets attached to the Schedule of Property Claimed as Exempt