# HIRSCH LAW OFFICE, P.C.
5020 East Shea Boulevard
Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Phone: (480) 505-9696
Facsimile: (480) 505-9707

**Lawrence D. Hirsch - AZ Bar No. 004982**
**Iva S. Hirsch - AZ Bar No. 006607**
**Edwin P. Lee - AZ Bar No. 004846**
    email: nedlee@hirschlaw.net
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| KENNETH & JESSICA ELLSWORTH, | Case No. 2-07-bk-00986-CGC |
| Debtor | **MONTHLY BUSINESS OPERATING STATEMENT - MAY, 2007** |

    Debtor, by and through counsel, files herewith the monthly operating statement for the month of May, 2007.

Dated this 21st day of June, 2007

                    HIRSCH LAW OFFICE

                    by  /s/ EL004846
                           Edwin P. Lee
                           Attorney for Debtor

Copies mailed 6/21/2007 to:

Edward J. Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ 85064

/s/ EL004846
_____

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended **May 2007**

| | Amount for Month |
|---|---|
| **Gross Receipts:** | |
| 1 Gross Sales | $ 24752 |
| 2 Less Cost of Goods Sold | $ 3825 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 20927 |
| 4 Add Other Income | $ — |
| 5 **Gross Income** (add lines 3 and 4) (A) | $ 20927 |
| **Business Costs and Expenses:** (Do not list Chapter 13 Plan payment) | |
| 6 Business Real Property Rent/Lease | $ 4016 |
| 7 Business Real Property Utilities | $ — |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 3360 |
| 9 Employee Benefits | $ — |
| 10 Payroll Tax Deposits | $ — |
| 11 Sales Tax Deposits | $ — |
| 12 Other Tax Deposits | $ — |
| 13 Auto Expense | $ 195 |
| 14 Repairs/Maintenance | $ 619 |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ — |
| 16 Workman's Compensation Insurance | $ — |
| 17 Supplies (not included on line 2 above) | $ 282 |
| 18 Telephone/Internet | $ 797 |
| 19 Advertising/Promotion | $ — |
| 20 Travel/Entertainment | $ 298 |
| 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ — |
| 22 Other Costs/Expense | $ 2280 |
| 23 **Total Business Costs and Expenses for Month** (B) | $ 11847 |
| 24 **Net Income (Loss) for Month** (A minus B) | $ 9080 |
| Total Funds On Hand/In Bank At End Of Month | $ 28,001 |
| Total Inventory On Hand At End Of Month | $ — |
| Total Accounts Receivable (Collectible) At End Of Month | $ — |
| Total Accounts Payable At End Of Month | $ — |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)  Instruction on Reverse Side

**Edward J. Maney, Trustee**
## LIST OF CURRENT TRADE CREDITORS

Case No: _____ Debtor(s) Name: _____ Date List Prepared: _____

Section 1304(a) of the Bankruptcy Code states that "A debtor that is self-employed and incurs trade credit in the production of income from such employment is engaged in business." In this regard, we must know whether any creditors presently extend trade credit to you or your business. (Note: Trade credit is defined as credit extended to you or your business by creditors for the purchase of goods which you resell, assemble and sell, or use in the manufacture of products as which you sell. The extension of this credit allows you receive and use immediately goods, materials, inventory, etc. which you will pay for at a later date.)

☐ *Check here and sign and date below if no creditors presently extend trade credit to you or your business.*

If trade credit is periodically extended to you by creditors, please list below the creditors' names, the goods, materials, inventory, etc. for which credit is being extended, and the estimated amount you presently owe these creditors.

| Name of Creditor Extending Credit | Goods or Materials Provided Through Credit | I Have Owed This Amt 30 Days or Less | | I Have Owed This Amt More Than 30 Days | | Total Owed This Creditor |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CREDIT CARD | OPERATING EXPENSES | 587.51 | + | | = | 587.51 |
| BANK OF AMERICA CREDIT CARD | OPERATING EXPENSES | 365.12 | + | | = | 365.12 |
| IRS | PAYROLL TAXES | 854.12 | + | 740.44 | = | 1594.56 |
| AZ DEPARTMENT OF REVENUE | PAYROLL TAXES | 48.64 | + | 64.60 | = | 113.24 |
| CHASE AUTO FINANCE | AUTOMOBILE | | + | 43542.63 | = | 43542.63 |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| | Totals= | 1855.39 | + | 44347.67 | = | 46203.06 |

Note: Attach additional pages if needed.

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures:
_____  _____   _____  _____
Signature       Date              Signature      Date

Form B-3 (8/2001)