**HIRSCH LAW OFFICE, P.C.**
5020 East Shea Boulevard
Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Phone: (480) 505-9696
Facsimile: (480) 505-9707

**Lawrence D. Hirsch - AZ Bar No. 004982**
**Iva S. Hirsch - AZ Bar No. 006607**
**Edwin P. Lee - AZ Bar No. 004846**
    email: nedlee@hirschlaw.net
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| KENNETH & JESSICA ELLSWORTH, | Case No. 2-07-bk-00986-CGC |
| Debtor | **MONTHLY BUSINESS OPERATING STATEMENT- MARCH, 2007** |

    Debtor, by and through counsel, files herewith the monthly operating statement for the month of March, 2007.

Dated this 19th day of July, 2007

                  HIRSCH LAW OFFICE

                        /s/ EL004846
            by _____
                      Edwin P. Lee
                      Attorney for Debtor

Copies mailed 7/19/2007 to:

Edward J. Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ 85064

/s/ EL004846
_____

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 3/31/2007

Receipts and Disbursement for Month Ended MARCH 2007

**Amount for Month**

**Gross Receipts:**
1. Gross Sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 27236
2. Less Cost of Goods Sold . . . . . . . . . . . . . . . . . . . . . . . . $ 1627
3. Gross Profit from Sales (subtract line 2 from line 1) . . . . $ 25609
4. Add Other Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
5. **Gross Income** (add lines 3 and 4) . . . . . . . . . . . . . (A) $ 25609

**Business Costs and Expenses: (Do not list Chapter 13 Plan payment)**
6. Business Real Property Rent/Lease . . . . . . . . . . . . . . . $ 4016
7. Business Real Property Utilities . . . . . . . . . . . . . . . . . . $
8. Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . $ 2800
9. Employee Benefits . . . . . . . . . . . . . . . . . . . . . . . . . . . $
10. Payroll Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . $ 293
11. Sales Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . $
12. Other Tax Deposits . . . . . . . . . . . . . . . . . . . . . . . . . . $
13. Auto Expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $
14. Repairs/Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . $
15. Insurance on Business (Fire, Theft, Liability, etc.) . . . . . $
16. Workman's Compensation Insurance . . . . . . . . . . . . . $
17. Supplies (not included on line 2 above) . . . . . . . . . . . . $ 893
18. Telephone/Internet . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 394
19. Advertising/Promotion . . . . . . . . . . . . . . . . . . . . . . . . $
20. Travel/Entertainment . . . . . . . . . . . . . . . . . . . . . . . . . $
21. Professional Fees Paid (Attorney, Accountant, etc.) . . . $ 4000
22. Other Costs/Expense . . . . . . . . . . . . . . . . . . . . . . . . . $ 2385
23. **Total Business Costs and Expenses for Month** . . (B) $ 14781

24. **Net Income (Loss) for Month (A minus B)** . . . . . . . . $ 10,828

Total Funds On Hand/In Bank At End Of Month . . . . . . . . . $ 44,665

Total Inventory On Hand At End Of Month . . . . . . . . . . . . . $

Total Accounts Receivable (Collectible) At End Of Month . . $

Total Accounts Payable At End Of Month . . . . . . . . . . . . . $

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000)  Instruction on Reverse Side