**HIRSCH LAW OFFICE, P.C.**
5020 East Shea Boulevard
Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Phone: (480) 505-9696
Facsimile: (480) 505-9707

**Lawrence D. Hirsch - AZ Bar No. 004982**
**Iva S. Hirsch - AZ Bar No. 006607**
**Edwin P. Lee - AZ Bar No. 004846**
    email: nedlee@hirschlaw.net
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF ARIZONA**

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| KENNETH & JESSICA ELLSWORTH, | Case No. 2-07-bk-00986-CGC |
| Debtor | **MONTHLY BUSINESS OPERATING STATEMENT - JUNE, 2007** |

    Debtor, by and through counsel, files herewith the monthly operating statement for the month of June, 2007.

Dated this 19th day of July, 2007

                            HIRSCH LAW OFFICE

                         /s/ EL004846
                by _____
                           Edwin P. Lee
                           Attorney for Debtor

Copies mailed 7/19/2007 to:

Edward J. Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ 85064

/s/ EL004846
_____

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: _____

Receipts and Disbursement for Month Ended **JUNE 30, 07**

**Amount for Month**

**Gross Receipts:**
1. Gross Sales .................................. $ 28,767
2. Less Cost of Goods Sold ...................... $ 1561
3. Gross Profit from Sales (subtract line 2 from line 1) .... $ 27206
4. Add Other Income ............................. $
5. **Gross Income** (add lines 3 and 4) .......... (A) $ 27206

**Business Costs and Expenses:** (Do not list Chapter 13 Plan payment)
6. Business Real Property Rent/Lease ............ $ 4016
7. Business Real Property Utilities ............. $
8. Salaries/Wages (not included on line 2 above; exclude owner's draw) .... $ 1960
9. Employee Benefits ............................ $
10. Payroll Tax Deposits ........................ $ 150
11. Sales Tax Deposits .......................... $
12. Other Tax Deposits .......................... $
13. Auto Expense ................................ $ 599
14. Repairs/Maintenance ......................... $
15. Insurance on Business (Fire, Theft, Liability, etc.) .... $
16. Workman's Compensation Insurance ............ $
17. Supplies (not included on line 2 above) ..... $
18. Telephone/Internet .......................... $ 346
19. Advertising/Promotion ....................... $
20. Travel/Entertainment ........................ $ 145
21. Professional Fees Paid (Attorney, Accountant, etc.) .... $ 1434
22. Other Costs/Expense ......................... $ 2836
23. **Total Business Costs and Expenses for Month** .... (B) $ 11486

24. **Net Income (Loss) for Month** (A minus B) ... $ 15720

Total Funds On Hand/In Bank At End Of Month ..... $ 36158

Total Inventory On Hand At End Of Month ......... $

Total Accounts Receivable (Collectible) At End Of Month .... $

Total Accounts Payable At End Of Month .......... $

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2000) Instruction on Reverse Side