# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH |
| **Case Number:** | 2:07-bk-00986-CGC   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 14, 2007 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES LIFESCAPE MEDICAL ASSOCIATES, P.C.
**R / M #:**  0 / 0
 **VACATED:  RESCHEDULED  TO 8-23-07 AT 10:00 AM**

## Appearances:

NONE

## Proceedings:

VACATED: RESCHEDULED  TO 8-23-07 AT 10:00 AM