# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH |
| **Case Number:** | 2:07-bk-00986-CGC  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 23, 2007 10:00 AM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | STACY PAVESE |

## Matter:

CONTINUED HEARING ON OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES LIFESCAPE MEDICAL ASSOCIATES, P.C.

**R / M #:** 0 / 0

## Appearances:

RONALD HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
LAWRENCE D. HIRSCH, ATTORNEY FOR KENNETH KARL ELLSWORTH, JESSICA TERESA ELLSWORTH
JOSEPH COTTERMAN, ATTORNEY FOR LIFESCAPE

## Proceedings:

Mr. Lee advises he and Mr. Cotterman have discussed the issues and Lifescape has been provided some documents. He requests a continued hearing in 90 days.

Mr. Hoffbauer agrees to give debtor more time to provide the additional documents and he makes inquiry of debtor's 2007 Meridith Benz.

COURT: IT IS ORDERED SETTING NOVEMBER 21, 2007 AS THE DISCOVERY DEADLINE AND CONTINUING THE HEARING TO NOVEMBER 28, 2007 AT 10:00 A.M.