# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:
              **Debtor:**  KENNETH KARL & JESSICA TERESA ELLSWORTH
       **Case Number:**  2:07-bk-00986-CGC       **Chapter:** 13

   **Date / Time / Room:**  WEDNESDAY, NOVEMBER 28, 2007 10:00 AM   6TH FLOOR #601
   **Bankruptcy Judge:**  CHARLES G. CASE II
     **Courtroom Clerk:**  RHONDA VAUGHAN
        **Reporter / ECR:**  MELANIE RISKUS

## Matter:
CONTINUED HEARING ON OBJECTION TO DEBTOR'S AMENDED CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES LIFESCAPE MEDICAL ASSOCIATES, P.C.
**R / M #:**  0 / 0

## Appearances:
JOSEPH COTTERMAN, ATTORNEY FOR LIFESCAPE MEDICAL ASSOCIATES
EDWIN LEE, ATTORNEY FOR KENNETH KARL ELLSWORTH, JESSICA TERESA ELLSWORTH

## Proceedings:
Counsel propose briefs be submitted to the Court.

COURT:  IT IS ORDERED MR. COTTERMAN SHALL HAVE UNTIL DECEMBER 17, 2007 TO FILE HIS OPENING BRIEF;  MR. LEE SHALL HAVE UNTIL JANUARY 18, 2008 TO FILE A RESPONSE WITH A REPLY TO BE FILED BY JANUARY 23, 2008, AT WHICH POINT THE MATTER WILL BE DEEMED SUBMITTED.

Mr. Cotterman notes counsel for debtor has suggested this matter might be a case that mediation could resolve and if so he will file the appropriate request.