Joseph E. Cotterman (Bar No. 13800)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: jec@gknet.com
Attorneys for LifeScape Medical Associates, P.C.

Edwin Lee (Bar No. 004846)
Hirsch Law Office, P.C.
5020 E. Shea Blvd., Suite 150
Scottsdale, AZ 85254
Email: nedlee@hirschlaw.net
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KENNETH KARL ELLSWORTH and JESSICA TERESA ELLSWORTH, husband and wife,<br><br>　　　　　Debtors. | 2-07-bk-0986<br><br>Chapter 13<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN** |

LifeScape Medical Associates, P.C. ("LifeScape"), and Debtors, through undersigned counsel, hereby stipulate to request that the Court extend all briefing deadlines regarding Lifescape's objection to Debtor's amended Chapter 13 plan (the "Objection"), by Fifteen (15) days. The parties anticipate filing a joint motion shortly for appointment of a mediator to resolve the Objection, and seek to focus their attention and resources on a mediation and resolution of this Objection.

For the foregoing reasons, the parties stipulate, and request the Court to enter, an order in the form lodged contemporaneously herewith, extending all briefing deadlines relative to the Objection by Fifteen (15) days.

DATED December 17, 2007.

| GALLAGHER & KENNEDY, P.A. | HIRSCH LAW OFFICE, P.C. |
|---|---|
| By: /s/ Joseph E. Cotterman (013800)<br>　　Joseph E. Cotterman<br>　　2575 East Camelback Road<br>　　Phoenix, Arizona 85016-9225<br>　　Attorneys for LifeScape Medical<br>　　　Associates, P.C. | By: EL004846<br>　　Edwin Lee<br>　　5020 E. Shea Blvd., Suite 150<br>　　Scottsdale, AZ 85254<br>　　Attorneys for Debtors |

1702195v1/15788-0003