Joseph E. Cotterman (Bar No. 13800)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: jec@gknet.com
Attorneys for LifeScape Medical Associates, P.C.

Edwin Lee (Bar No. 004846)
Hirsch Law Office, P.C.
5020 E. Shea Blvd., Suite 150
Scottsdale, AZ 85254
Email: nedlee@hirschlaw.net
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH KARL ELLSWORTH and JESSICA TERESA ELLSWORTH, husband and wife,<br><br>Debtors. | 2-07-bk-0986-CGC<br><br>Chapter 13<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES AND REQUEST HEARING REGARDING OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN** |

LifeScape Medical Associates, P.C. ("LifeScape"), and Debtors, through undersigned counsel, hereby stipulate to request that the Court extend all briefing deadlines regarding Lifescape's objection to Debtor's amended Chapter 13 plan (the "Objection") as follows: (i) Lifescape shall have to and including January 21, 2008 to file its opening brief; (ii) Debtors shall have until February 20, 2008 to file their response brief; and, (iii) Lifescape shall have until March 1, 2008 to file its reply brief. The parties

further agree to request that the Court set a final hearing for oral argument on the Objection as soon after March 1st as the Court's calendar permits.

The parties seek to extend briefing deadlines because they are in discussions regarding filing a joint motion for referral of the Objection dispute to the court's ADR program for mediation, and seek to focus their attention and resources on a consensual resolution of this Objection. Moreover, no hearing has yet been set on the Objection, and the parties seek to set such a hearing to move the case toward a resolution whether by mediation or adjudication.

For the foregoing reasons, the parties stipulate, and will request the Court to enter, an order in the form lodged contemporaneously herewith, extending all briefing deadlines and setting a hearing relative to the Objection as set forth above.

DATED January 15, 2008.

| GALLAGHER & KENNEDY, P.A. | HIRSCH LAW OFFICE, P.C. |
|---|---|
| By: /s/ Joseph E. Cotterman (013800)<br>Joseph E. Cotterman<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br>Attorneys for LifeScape Medical<br>  Associates, P.C. | By: EL004846<br>Edwin Lee<br>5020 E. Shea Blvd., Suite 150<br>Scottsdale, AZ 85254<br>Attorneys for Debtors |

1749379v1/15788-0003