**SO ORDERED.**

**Dated: January 15, 2008**



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH KARL ELLSWORTH and JESSICA TERESA ELLSWORTH, husband and wife,<br><br>Debtors. | 2-07-bk-0986-CGC<br><br>Chapter 13<br><br>**ORDER EXTENDING BRIEFING DEADLINES AND NOTICE OF HEARING REGARDING OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN** |

THIS MATTER came before the court on the *JOINT MOTION TO APPROVE STIPULATION TO EXTEND BRIEFING DEADLINES REGARDING OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN AND REQUEST FOR HEARING* (the "Motion") filed jointly by Lifescape Medical Associates, P.C. ("Lifescape") and Debtors. In the Motion, the parties request that the Court approve the *STIPULATION TO EXTEND BRIEFING DEADLINES AND REQUEST A REQUEST A HEARING REGARDING OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN* (the "Stipulation") and to set a hearing date on the Plan Objection.

The Court has considered the Motion, and based thereon, finds good cause to grant the relief requested in the Motion. Accordingly,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted. The parties shall adhere to the briefing dates set forth in the Motion and Stipulation attached thereto.

2. A hearing on the Plan Objection will be held on the 11th day of March, 2008 at 11:00 a.m. before the honorable Charles G. Case, at 230 North First Avenue, Phoenix, Arizona, Courtroom 601.

3. Counsel for Lifescape shall immediately serve copies of this Order on counsel for Debtors, the United States Trustee and all other parties in interest who are entitled to notice of the hearing under applicable court rules.

SO ORDERED this ___ day of January, 2008.

_____
Honorable Charles G. Case
Judge, United States Bankruptcy Court

2

1759261v1/15788-0003