# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH |
| **Case Number:** | 2:07-bk-00986-CGC   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 11, 2008 11:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

ORAL ARGUMENT ON LIFESCAPE MEDICAL ASSOCIATES OBJECTION TO CHAPTER 13 PLAN OF REORGANIZATION

**R / M #:**   0 / 0

**VACATED:** Motion and Order to Approve Joint Motion to Refer Chapter 13 Plan Objection Contested Matter to Alternative Dispute Resolution Program

## Appearances:

NONE

## Proceedings:

VACATED: Motion and Order to Approve Joint Motion to Refer Chapter 13 Plan Objection Contested Matter to Alternative Dispute Resolution Program