1   **HIRSCH LAW OFFICE, P.C.**
    5020 East Shea Boulevard, Suite 150
2   Scottsdale, Arizona 85254
    Phone: (602) 996-9544
3   Facsimile: (480) 505-9707
    Edwin P. Lee - AZ Bar No. 004846
4   Lawrence D. Hirsch - AZ Bar No. 004982
    Iva S. Hirsch - AZ Bar No. 006607
5           email: nedlee@hirschlaw.net
    Attorneys for Debtors
6

7               UNITED STATES BANKRUPTCY COURT
                IN AND FOR THE DISTRICT OF ARIZONA
8

9   In re:                                  In Proceedings Under Chapter 13

10  **KENNETH K. ELLSWORTH and**            Case No. - 2:07-bk-00986-CGC
    **JESSICA T. ELLSWORTH**
11                                          **MONTHLY BUSINESS OPERATING**
                                            **REPORT FOR THE MONTH OF**
12              Debtor                       **SEPTEMBER, 2007**

13          Debtors, by and through counsel, file herewith the monthly operating statement for

14  Family Practice of Scottsdale, PLLC for the month of SEPTEMBER, 2007.

15
    Dated: May 30, 2008
16
                              HIRSCH LAW OFFICE
17
                                  /s/ EL004846
18                        by _____
                                  Edwin P. Lee
19                                Attorney for Debtor

20
    Copies mailed May 30, 2008 to:
21
    Edward J. Maney
22  Chapter 13 Trustee
    P.O. Box 10434
23  Phoenix, AZ 85064

24  /s/ EL004846
    _____
25

26

                                       - 1 -

# MONTHLY BUSINESS OPERATING STATEMENT

Case No:_____ Debtor(s) Name:_____ Date Prepared:_____

Receipts and Disbursement for Month Ended _Sep. 30, 2007_ 🔲

|  | | Amount for Month |
|---|---|---|
| **Gross Receipts:** | | |
| 1 Gross Sales . . . . . . . . . . . . . . . . . . . . . | $ | 25,568 |
| 2 Less Cost of Goods Sold . . . . . . . . . . . . . . . . | $ | 3,136 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) . . . . . . . . . | $ | 22,432 |
| 4 Add Other Income . . . . . . . . . . . . . . . . . . | $ | |
| 5 Gross Income (add lines 3 and 4) . . . . . . . . . . . . . (A) | $ | 22,432 |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | | |
| 6 Business Real Property Rent/Lease . . . . . . . . . . . . . | $ | 4,016 |
| 7 Business Real Property Utilities . . . . . . . . . . . . . . . | $ | |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . | $ | 3,360 |
| 9 Employee Benefits . . . . . . . . . . . . . . . . . . | $ | 257 |
| 10 Payroll Tax Deposits . . . . . . . . . . . . . . . . . | $ | |
| 11 Sales Tax Deposits . . . . . . . . . . . . . . . . . | $ | |
| 12 Other Tax Deposits . . . . . . . . . . . . . . . | $ | |
| 13 Auto Expense . . . . . . . . . . . . . . . | $ | 720 |
| 14 Repairs/Maintenance . . . . . . . . . . . . . . . | $ | |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) . . . . . . . . . . | $ | 737 |
| 16 Workman's Compensation Insurance . . . . . . . . . . . . . . | $ | |
| 17 Supplies (not included on line 2 above) . . . . . . . . . . . | $ | 1,084 |
| 18 Telephone/Internet . . . . . . . . . . . . . . . | $ | 245 |
| 19 Advertising/Promotion . . . . . . . . . . . . . . . | $ | |
| 20 Travel/Entertainment . . . . . . . . . . . . . . . | $ | |
| 21 Professional Fees Paid (Attorney, Accountant, etc.) . . . . . . . . . | $ | 1,573 |
| 22 Other Costs/Expense . . . . . . . . . . . . . . . | $ | 2,708 |
| 23 Total Business Costs and Expenses for Month . . . . . . . . . . . (B) | $ | 14,700 |
| 24 Net Income (Loss) for Month (A minus B) . . . . . . . . . . . . . | $ | 7,731 |
| 🔲 Total Funds On Hand/In Bank At End Of Month . . . . . . . . . . . . . | $ | 19,066 |
| 🔲 Total Inventory On Hand At End Of Month . . . . . . . . . . . . . . | $ | |
| 🔲 Total Accounts Receivable (Collectible) At End Of Month . . . . . . . . . | $ | |
| 🔲 Total Accounts Payable At End Of Month . . . . . . . . . . . . . . | $ | |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures:_____ Date: _____

_____ Date: _____

*Edward J. Maney, Trustee*
## LIST OF CURRENT TRADE CREDITORS

Case No: _____ Debtor(s) Name: _____ Date List Prepared: **9/30/2007**

Section 1304(a) of the Bankruptcy Code states that "A debtor that is self-employed and incurs trade credit in the production of income from such employment is engaged in business." In this regard, we must know whether any creditors presently extend trade credit to you or business. (Note: Trade credit is defined as credit extended to you or your business by creditors for the purchase of goods which you resell, assemble and sell, or use in the manufacture of products as which you sell. The extension of this credit allows you receive and use immediately goods, materials, inventory, etc. which you will pay for at a later date.)

☐ *Check here and sign and date below if no creditors presently extend trade credit to you or your business.*

If trade credit is periodically extended to you by creditors, please list below the creditors' names, the goods, materials, inventory, etc. for which credit is being extended, and the estimated amount you presently owe these creditors.

| Name of Creditor Extending Credit | Goods or Materials Provided Through Credit | I Have Owed This Amt 30 Days or Less | + | I Have Owed This Amt More Than 30 Days | = | Total Owed This Creditor |
|---|---|---|---|---|---|---|
| American Express Credit Card | Operating Expenses | 760.78 | + | 0 | = | 760.78 |
| Bank of America Credit Card | Operating Expenses | 2,768.45 | + | 0 | = | 2,768.45 |
| IRS - Payroll Taxes | Payroll Taxes | 854.12 | + | 1,764.24 | = | 2,618.36 |
| AZ Dept. of Revenue - Payroll Taxes | Payroll Taxes | 64.60 | + | 129.20 | = | 193.80 |
| Chase Auto Finance | Auto Loan | 0 | + | 41,872.84 | = | 41,872.84 |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| **Totals=** | | **4,447.95** | **+** | **43,766.28** | **=** | **48,214.23** |

**Note: Attach additional pages if needed.**

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  _____  _____
     Signature                  Date        Signature                  Date