**HIRSCH LAW OFFICE, P.C.**
5020 East Shea Boulevard, Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Facsimile: (480) 505-9707
Edwin P. Lee - AZ Bar No. 004846
Lawrence D. Hirsch - AZ Bar No. 004982
Iva S. Hirsch - AZ Bar No. 006607
    email: nedlee@hirschlaw.net
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**KENNETH K. ELLSWORTH and JESSICA T. ELLSWORTH**<br><br>Debtor | In Proceedings Under Chapter 13<br><br>Case No. - 2:07-bk-00986-CGC<br><br>**MONTHLY BUSINESS OPERATING REPORT FOR THE MONTH OF FEBRUARY, 2008** |

Debtors, by and through counsel, file herewith the monthly operating statement for Family Practice of Scottsdale, PLLC for the month of FBRUARY, 2008.

Dated: May 30, 2008

                  HIRSCH LAW OFFICE

                          /s/ EL004846
                by _____
                         Edwin P. Lee
                         Attorney for Debtor

Copies mailed May 30, 2008 to:

Edward J. Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ 85064

/s/ EL004846
_____

# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____ Debtor(s) Name: _____ Date Prepared: 3/10/08

Receipts and Disbursement for Month Ended 2/29/08

| | Amount for Month |
|---|---|
| **Gross Receipts:** | |
| 1 Gross Sales | $ 28,646 |
| 2 Less Cost of Goods Sold | $ 20,344 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 8,302 |
| 4 Add Other Income | $ — |
| 5 Gross Income (add lines 3 and 4) (A) | $ 8,302 |
| **Business Costs and Expenses: (Do not list Chapter 13 Plan payment)** | |
| 6 Business Real Property Rent/Lease | $ 3,623 |
| 7 Business Real Property Utilities | $ |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 4,200 |
| 9 Employee Benefits | $ |
| 10 Payroll Tax ~~Deposits~~ EXPENSE | $ 423 |
| 11 Sales Tax Deposits | $ |
| 12 Other Tax Deposits | $ |
| 13 Auto Expense | $ 65 |
| 14 Repairs/Maintenance | $ |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ 737 |
| 16 Workman's Compensation Insurance | $ |
| 17 Supplies (not included on line 2 above) | $ 436 |
| 18 Telephone/Internet | $ 347 |
| 19 Advertising/Promotion | $ |
| 20 Travel/Entertainment | $ 60 |
| 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 2,180 |
| 22 Other Costs/Expense | $ 2,938 |
| 23 Total Business Costs and Expenses for Month (B) | $ 15,009 |
| 24 Net Income (Loss) for Month (A minus B) | $ <6,707> |
| Total Funds On Hand/In Bank At End Of Month | $ 11,436 |
| Total Inventory On Hand At End Of Month | $ |
| Total Accounts Receivable (Collectible) At End Of Month | $ |
| Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____ Date: _____

_____ Date: _____

Form B-6 (12/2006)   Instruction on Reverse Side

*Edward J. Maney, Trustee*
## LIST OF CURRENT TRADE CREDITORS

Case No: _____ Debtor(s) Name: _____ Date List Prepared: _____

Section 1304(a) of the Bankruptcy Code states that "A debtor that is self-employed and incurs trade credit in the production of income from such employment is engaged in business." In this regard, we must know whether any creditors presently extend trade credit to you or business. (Note: Trade credit is defined as credit extended to you or your business by creditors for the purchase of goods which you resell, assemble and sell, or use in the manufacture of products as which you sell. The extension of this credit allows you receive and use immediately goods, materials, inventory, etc. which you will pay for at a later date.)

☐ *Check here and sign and date below if no creditors presently extend trade credit to you or your business.*

If trade credit is periodically extended to you by creditors, please list below the creditors' names, the goods, materials, inventory, etc. for which credit is being extended, and the estimated amount you presently owe these creditors.

| Name of Creditor Extending Credit | Goods or Materials Provided Through Credit | I Have Owed This Amt 30 Days or Less | + | I Have Owed This Amt More Than 30 Days | = | Total Owed This Creditor |
|---|---|---|---|---|---|---|
| American Express Credit Card | Operating Expenses | <228> | + | -0- | = | <228> |
| Bank of America Credit Card | Operating Expenses | 63 | + | 4,290 | = | 4,353 |
| IRS - Payroll Taxes | Payroll Taxes | 1165 | + | -0- | = | 1,165 |
| AZ Dept of Rev. Payroll Taxes | Payroll Taxes | 228 | + | 65 | = | 293 |
| Bank of America Line of Credit | Operating Expenses | -0- | + | 5,000 | = | 5,000 |
| Chase Auto Finance | Auto Loan | -0- | + | 38,355 | = | 38,355 |
|  |  |  | + |  | = |  |
|  |  |  | + |  | = |  |
|  |  |  | + |  | = |  |
|  |  |  | + |  | = |  |
|  |  | Totals= 1,228 | + | 47,710 | = | 48,938 |

Note: Attach additional pages if needed.

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____     _____     _____     _____
    Signature       Date    Signature      Date

Form B-3 (8/2001)