**HIRSCH LAW OFFICE, P.C.**
5020 East Shea Boulevard, Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Facsimile: (480) 505-9707
Edwin P. Lee - AZ Bar No. 004846
Lawrence D. Hirsch - AZ Bar No. 004982
Iva S. Hirsch - AZ Bar No. 006607
         email: nedlee@hirschlaw.net
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**KENNETH K. ELLSWORTH and<br>JESSICA T. ELLSWORTH**<br><br>Debtor | In Proceedings Under Chapter 13<br><br>Case No. - 2:07-bk-00986-CGC<br><br>**MOTION TO CONTINUE HEARING ON<br>LIFESCAPE'S OBJECTION TO<br>CONFIRMATION OF THE CHAPTER<br>13 PLAN**<br><br>**Hearing - Date: July 24, 2008<br>Time: 10:00 am** |

        Counsel for the Debtors Trustee hereby moves the Court to continue the hearing set for

July 24, 2008 at 10:00 am on the Lifescape's Objection to Confirmation of the Chapter 13 Plan.

Debtors' lead counsel, Lawrence Hirsch, will be in Seattle for medical reasons on the hearing

date. He will available on or after July 28, 2008.

        DATED this 17th day of July, 2008

                        HIRSCH LAW OFFICE, P.C.

                                /s/ EL004846
                        by_____
                        Attorney for the Debtors

Copies mailed 7/17/2008 to:

Joseph E. Cotterman
Gallagher & Kennedy, PA
2575 E. Camelback Rd.

- 1 -

Phoenix, Arizona 85016-9225

Edward Maney
Chapter 13 Trustee
PO Box 10434
Phoenix, AZ 85064


\s\ Linda Shanks
_____

- 2 -