**HIRSCH LAW OFFICE, P.C.**
5020 East Shea Boulevard, Suite 150
Scottsdale, Arizona 85254
Phone: (602) 996-9544
Facsimile: (480) 505-9707
Edwin P. Lee - AZ Bar No. 004846
Lawrence D. Hirsch - AZ Bar No. 004982
Iva S. Hirsch - AZ Bar No. 006607
email: nedlee@hirschlaw.net
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**KENNETH K. ELLSWORTH and JESSICA T. ELLSWORTH**<br><br>Debtor | In Proceedings Under Chapter 13<br><br>Case No. - 2:07-bk-00986-CGC<br><br>**ORDER CONTINING HEARING ON LIFESCAPE'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**<br><br>**Hearing - Date: July 24, 2008**<br>**Time: 10:00 am** |

Upon the motion of the Debtors and good cause shown, it is hereby

**ORDERED** that the hearing set for July 24, 2008 on Lifescape's Objection to Confirmation of the Chapter 13 Plan is vacated; and

**FURTHER ORDERED** that the hearing is reset for _____ at _____

DONE ON THE DATE AS FIRST SET FORTH ABOVE