**SO ORDERED.**

**Dated: July 21, 2008**



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

1  **HIRSCH LAW OFFICE, P.C.**
   5020 East Shea Boulevard, Suite 150
2  Scottsdale, Arizona 85254
   Phone: (602) 996-9544
3  Facsimile: (480) 505-9707
   Edwin P. Lee - AZ Bar No. 004846
4  Lawrence D. Hirsch - AZ Bar No. 004982
   Iva S. Hirsch - AZ Bar No. 006607
5        email: nedlee@hirschlaw.net
   Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| **KENNETH K. ELLSWORTH and JESSICA T. ELLSWORTH** | Case No. - 2:07-bk-00986-CGC |
| | **ORDER CONTINING HEARING ON LIFESCAPE'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN** |
| Debtor | |
| | Hearing - Date: July 24, 2008 Time: 10:00 am |

Upon the motion of the Debtors and good cause shown, it is hereby

**ORDERED** that the hearing set for July 24, 2008 on Lifescape's Objection to Confirmation of the Chapter 13 Plan is vacated; and

**FURTHER ORDERED** that the hearing is reset for AUGUST 13, 2008 at 2:30 P.M.

DONE ON THE DATE AS FIRST SET FORTH ABOVE