# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH |
| **Case Number:** | 2:07-bk-00986-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 24, 2008 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

ORAL ARGUMENT ON LIFESCAPE MEDICAL ASSOCIATES OBJECTION TO CHAPTER 13 PLAN OF REORGANIZATION

**R / M #:**   20 /  0

**VACATED:   UPON MOTION AND ORDER OF ATTORNEY FOR DEBTOR AND CONSENT OF ATTORNEY FOR LIFESCAPE**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: UPON MOTION AND ORDER OF ATTORNEY FOR DEBTOR AND CONSENT OF ATTORNEY FOR LIFESCAPE