# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH |
| **Case Number:** | 2:07-bk-00986-CGC     **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 13, 2008 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MELANIE RISKUS |

## *Matter:*

ORAL ARGUMENT ON LIFESCAPE MEDICAL ASSOCIATES OBJECTION TO CHAPTER 13 PLAN OF REORGANIZATION
**R / M #:**   20 / 0

## *Appearances:*

RONALD HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
LAWRENCE D. HIRSCH, ATTORNEY FOR KENNETH KARL ELLSWORTH, JESSICA TERESA ELLSWORTH
JOSEPH COTTERMAN, ATTORNEY FOR LIFESCAPE MEDICAL

## *Proceedings:*

Mr. Cotterman advises the 2nd amended plan was filed and parties should be addressing the merits of the objections to the 1st amended plan. He addresses the deficiencies in form 22 and argues the figures are not adequate and argues as a matter of law the plan should not be confirmed.

Mr. Hoffbauer reports time to object to the 2nd plan just expired and the Trustee has 20 days to file a recommendation. He notes it appears the income should be higher than what is stated on the Amended B 22C. He discusses the Federal and State tax liability for 2006 and the deduction of a second vehicle that is owned free and clear. At this time the Trustee will oppose confirmation.

Mr. Hirsch suggests based upon the bad faith allegations that an evidentiary hearing be scheduled.

COURT:  IT IS ORDERED TAKING LIFESCAPE MEDICAL ASSOCIATION'S OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN UNDER ADVISEMENT.