| | |
|---|---|
| 1 | 08Edward J. Maney, Trustee |
| | P.O. Box 10434 |
| 2 | Phoenix, Arizona 85064 |
| | Telephone (602) 277-3776 |
| 3 | ejm@maney13trustee.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| | ) | CASE NO. B-07-00986-PHX-CGC |
| KENNETH KARL ELLSWORTH, | ) | |
| JESSICA TERESA ELLSWORTH, | ) | |
| | ) | TRUSTEE'S EVALUATION AND |
| | ) | RECOMMENDATION(S) REPORT WITH |
| | ) | NOTICE OF POTENTIAL DISMISSAL IF |
| | ) | CONDITIONS ARE NOT SATISFIED |
| | ) | |
| | ) | RE: 2nd AMENDED CHAPTER 13 PLAN |
| (Debtor(s)) | ) | |

Edward J. Maney, Trustee, has analyzed the Debtor's Second Amended Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

**General requirements:**

a. Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

b. Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

c. The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

d. The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

e. The Trustee requires that any proposed Order Confirming Plan state: "Debtor is instructed to remit all payments on or before the stated due date each month. Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the Case can be discharged. This requirement is effective regardless of Plan payments suspensions, waivers or moratoriums, and must be included in any Plan Confirmation Orders."

f.  At the time of confirmation, the Trustee will require the Debtors to certify that they are current on all required tax filings and any domestic support orders.

**Specific Recommendations:**

1.  IRS' proof of claim dated March 21, 2008 indicated Debtor has not filed income tax returns for 2006.  The Trustee has received a copy of this return from the debtors.  It is the debtors' responsibility to follow-up with the tax agency to see that they amend or withdraw their claim.

2.  Arizona Department of Revenue's Proof of Claim dated March 21, 2008 indicates Debtor has not filed income tax returns for 2006.  The Trustee has received a copy of this return from the debtors.  It is the debtors' responsibility to follow-up with the tax agency to see that they amend or withdraw their claim.

3.  The Trustee requires a **completed** and **signed** copy of Debtor(s) 2007 State and Federal tax returns, W-2's and 1099's.

4.  LifeScape Medical Associates has filed an objection to the Plan.  The Trustee requires the objection to be resolved prior to confirmation of the Plan.

    In summary, the Second Amended Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval.  General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee approximately $41,064 or 16%, subject to timely filed and allowed claims.  Chapter 7 reconciliation requirement will not be met given debtors' scheduled zero equity in non-exempt property at petition date.  **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to resolve item #3 and submit Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Dated: [see electronic signature]

_____
Edward J. Maney, Trustee

Copies of the forgoing
Mailed on [see electronic signature],
to the following:

Kenneth Ellsworth
Jessica Ellsworth
8015 E. Foothills Dr.
Scottsdale, AZ 85255
Debtors

Lawrence D. Hirsch, Esq.
7310 N. 16th Street
Suite #330
Phoenix, AZ 85020
Debtors' counsel

By:_____
    Trustee's Clerk