DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-5000
Fax: 602-282-0520
Direct line: 602-282-0472

Lawrence D. Hirsch, #004982
ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| KENNETH K. ELLSWORTH and | ) | Case No. 2:07-bk-00986 |
| JESSICA T. ELLSWORTH | ) | |
| | ) | Debtor's Motion for Status Hearing on |
| Debtors | ) | Confirmation |
| | ) | |

Debtors, by and through counsel undersigned, hereby requests that this Court set a status hearing on Confirmation of the Amended Plan. Debtors have complied with the terms of the Court's ruling dated January 10th, 2009 regarding the calculations of operating expenses. Debtors have complied with the balance of the issues raised by the Chapter 13 Trustee in his recommendation, who has advised Debtors' counsel that he is prepared to sign off on a Stipulated Order of Confirmation. Debtors have attempted to resolve the objection to confirmation filed by Lifescape Medical Associates, PC and are unable to do so, after good faith negotiations between the parties.

In order to confirm the Plan, the Court has to resolve the pending objection, which will require an evidentiary hearing. Debtors request that this Court set a status hearing so that a final hearing date can be set and deadlines set for discovery and dispositive motions.

RESPECTFULLY SUBMITTED this 19th day of March 2009.

DeConcini McDonald Yetwin & Lacy, P.C.

|   |   |
|---|---|
| 1 | /s/ Lawrence D. Hirsch, #004982 |
| 2 | 7310 North 16th Street, Suite 330 |
| 3 | Phoenix, Arizona 85020 |
| 4 | Attorney for Debtors |
| 5 | |
| 6 | A copy of the foregoing was mailed |
| 7 | this 19th day of March 2009 to: |
| 8 | |
| 9 | Joseph E. Cotterman |
| 10 | Gallagher & Kennedy, PA |
| 11 | 2575 E. Camelback Rd. |
| 12 | Phoenix, Arizona 85016-9225 |
| 13 | Attorney for Lifescape Medical Associates, PC |
| 14 | |
| 15 | Edward Maney |
| 16 | Chapter 13 Trustee |
| 17 | PO Box 10434 |
| 18 | Phoenix, AZ 85064 |
| 19 | |
| 20 | By: /s/ Linda Miernik |
| 21 | Legal Assistant to Lawrence D. Hirsch |
| 22 | 7310 North 16th Street, Suite 330 |
| 23 | Phoenix, Arizona 85020 |
| 24 | Phone: 602-282-0473 |
| 25 | Fax: 602-282-0520 |