DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0500
Fax: 602-282-0520
Direct line: 602-282-0472

Lawrence D. Hirsch, #004982
ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| KENNETH K. ELLSWORTH and | ) | Case No. 2:07-bk-00986 |
| JESSICA T. ELLSWORTH | ) | |
| | ) | NOTICE OF HEARING ON DEBTOR'S |
| DEBTORS | ) | MOTION FOR STATUS HEARING ON |
| | ) | CONFIRMATION |
| _____ | ) | |

TO:     ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a Status Hearing on Confirmation in the above styled

matter will be held before the Honorable Charles G. Case II. at the United States Bankruptcy

Court, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona on the 14th day of

April, 2009 at 2:30 p.m.

Respectfully submitted this 24th day of March 2009,

DeConcini McDonald Yetwin & Lacy, P.C.

/s/ Lawrence D. Hirsch, #004982
Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Debtor

A copy of the foregoing was mailed
this 24th day of March, 2009, to:

Mailing Matrix

```
 1   Joseph E. Cotterman
 2   Gallagher & Kennedy, PA
 3   2575 E. Camelback Rd.
 4   Phoenix, Arizona 85016-9225
 5   Attorney for Lifescape Medical Associates, PC
 6
 7
 8   By: /s/ Linda Miernik
 9   Legal Assistant to Lawrence D. Hirsch
10   7310 North 16th Street, Suite 330
11   Phoenix, Arizona 85020
12   Phone: 602-282-0473
13   Fax: 602-282-0520
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
```