# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH |
| **Case Number:** | 2:07-bk-00986-CGC   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 14, 2009 02:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MELANIE RISKUS |

## Matter:

Motion to Set Hearing for Status of Amended Plan Confirmation filed by LAWRENCE D. HIRSCH of DeCONCINI McDONALD YETWIN & LACY, PC on behalf of JESSICA TERESA ELLSWORTH, KENNETH KARL ELLSWORTH

**R / M #:**   90 / 0

## Appearances:

RON HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
LAWRENCE D. HIRSCH, ATTORNEY FOR KENNETH KARL ELLSWORTH, JESSICA TERESA ELLSWORTH
JOSEPH COTTERMAN, ATTORNEY FOR LIFESCAPE MEDICAL

## Proceedings:

Mr. Hirsch advises the operating report was amended in accordance with the Court's under advisement order. He advises an amended plan has not filed and he requests the May 4th hearing on the Motion to Dismiss be vacated and rescheduled.

Mr. Cotterman has no objection to rescheduling the Motion to Dismiss; he does argue the Motion needs to be decided before moving this case any further.

Mr. Hoffbauer discusses the numbers listed on I and J and explains he does not understand how they were arrived at.

COURT: IT IS ORDERED VACATING THE MAY 4, 2009 AND SETTING AN EVIDENTIARY HEARING ON MAY 26, 2009 AT 1:30 P.M. A JOINT PREHEARING STATEMENT IS DUE MAY 19, 2009.