Joseph E. Cotterman (Bar No. 13800)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
Email:       jec@gknet.com
Attorneys for LifeScape Medical Associates, P.C.

Lawrence D. Hirsch
DeConcini McDonald Yetwin & Lacy, PC
7310 N. 16 Street
Phoenix, AZ 85020
Telephone: 602-282-0472
Fax : 602-282-0520
Email: lhirsch@dmylphx.com
Attorneys for Debtors

Ronald L. Hoffbauer (006888)
P.O. Box 10434
Phoenix, Arizona 85064
602-277-3776
ronh@maney13trustee.com
Attorney for Edward J. Maney,
     Chapter 13 Trustee

GALLAGHER & KENNEDY, P.A.
2575 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9225
(602) 530-8000

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH KARL ELLSWORTH and JESSICA TERESA ELLSWORTH, husband and wife,<br><br>Debtors. | 2-07-bk-0986<br><br>Chapter 13<br><br>**STIPULATION REGARDING, AND NOTICE OF, CONTINUED EVIDENTIARY HEARING**<br><br>Hearing date: June 24, 2009<br>Time: 10:00 a.m.<br>Courtroom: 601 |

Debtors, LifeScape Medical Associates, P.C. ("LifeScape"), and the Chapter 13 Trustee (collectively the "Parties"), through undersigned counsel, hereby stipulate to request that the Court vacate the June 24, 2009 evidentiary hearing currently scheduled in connection with both LifeScape's motion to dismiss this Chapter 13 case and Debtors' request for confirmation of their Chapter 13 plan, and continue such hearing for a period of approximately Thirty (30) days to accommodate new developments in the case and scheduling conflicts of counsel for all parties. The Parties agree to submit this Stipulation to the Court for approval and rescheduling as described above to a date at the Court's convenience.

NOTICE IS ALSO HEREBY GIVEN that the evidentiary hearing currently set for June 24, 2009, is vacated and continued to _____, at _____ o'clock _.m., in courtroom 601. The deadline for the Parties to file a joint pretrial statement shall be correspondingly continued to the date that is one week prior to the continued hearing date set forth above. Counsel for LifeScape shall immediately provide a copy of this stipulation and notice to counsel for both Debtors and the Chapter 13 Trustee.

DATED June 19, 2009.

GALLAGHER & KENNEDY, P.A.

DECONCINI MCDONALD YETWIN & LACY, PC

By: _/s/ Joseph E. Cotterman (013800)
    Joseph E. Cotterman
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for LifeScape Medical
      Associates, P.C.

By: /s/Lawrence D. Hirsch (004982)____
    7310 North 16th Street, Suite 330
    Phoenix, AZ 85020
    Attorneys for Debtors

By: /s/ Ronald L. Hoffbauer (06888)
P.O. Box 10434
Phoenix, Arizona 85064
Attorney for Edward J. Maney,
Chapter 13 Trustee

2