
Joseph E. Cotterman (Bar No. 13800)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: jec@gknet.com
Attorneys for LifeScape Medical Associates, P.C.

Lawrence D. Hirsch
DeConcini McDonald Yetwin & Lacy, PC
7310 N. 16 Street
Phoenix, AZ 85020
Telephone: 602-282-0472
Fax : 602-282-0520
Email: lhirsch@dmylphx.com
Attorneys for Debtors

Ronald L. Hoffbauer (006888)
P.O. Box 10434
Phoenix, Arizona 85064
602-277-3776
ronh@maney13trustee.com
Attorney for Edward J. Maney,
    Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KENNETH KARL ELLSWORTH and JESSICA TERESA ELLSWORTH, husband and wife,<br><br>Debtors. | 2-07-bk-0986<br><br>Chapter 13<br><br>**ORDER VACATING AND RESCHEDULING EVIDENTIARY HEARING** |

Based upon the Stipulation by and between the parties Debtors, Lifescape Medical Associates, P.C. ("Lifescape"), and the Chapter 13 Trustee (collectively the "Parties") and for good cause appearing,

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that the evidentiary hearing currently scheduled on |
| 2 | June 24, 2009 at 10:00 a.m. in connection with both Lifescape's motion to dismiss this |
| 3 | |
| 4 | Chapter 13 case and Debtors' request for confirmation of their Chapter 13 plan, is hereby |
| 5 | vacated and rescheduled for July 28, 2009 at 1:30 p.m. |
| 6 | **DATED AND SIGNED ABOVE.** |