# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | KENNETH KARL & JESSICA TERESA ELLSWORTH | | |
| **Case Number:** | 2:07-bk-00986-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, JULY 28, 2009 01:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | AIDA URBALEJO | | |

### *Matter:*

Status Hearing on  Motion to Dismiss Case filed  on behalf of LIFESCAPE MEDICAL ASSOCIATES, P.C

**R / M #:**    92 / 0

### *Appearances:*

RONALD HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
LAWRENCE D. HIRSCH, ATTORNEY FOR KENNETH KARL ELLSWORTH, JESSICA TERESA ELLSWORTH
JOSEPH E. COTTERMAN, ATTORNEY FOR LIFESCAPE MEDICAL ASSOCIATES, P.C
TRACY ESSIG, ATTORNEY FOR ACCOUNTANTS

### *Proceedings:*

Mr. Hirsch advises financial documents prepared by the accountant were submitted to Mr. Hoffbauer and Mr. Cotterman.

Mr. Cotterman advises he wants to press forward with evidence on the Motion to Dismiss and will need additional discovery.

Mr. Hoffbauer advises the plan is not ready for confirmation until the Motion to Dismiss is resolved.

COURT:  IT IS ORDERED SETTING AN EVIDENTIARY HEARING ON THE MOTION TO DISMISS FILED BY LIFESCAPE ON SEPTEMBER 2, 2009 AT 9:00 A.M.  A JOINT PRETRIAL STATEMENT IS DUE AUGUST 26, 2009.  ANY WITNESSES OR EXHIBITS NOT IDENTIFIED OR EXCHANGED WILL NOT BE ALLOWED AT THE TIME OF TRIAL.