Joseph E. Cotterman (Bar No. 13800)
Lindsi M. Weber (Bar No. 25820)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
Email: jec@gknet.com
lindsi.weber@gknet.com
Attorneys for LifeScape Medical Associates, P.C.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>KENNETH KARL ELLSWORTH and JESSICA TERESA ELLSWORTH, husband and wife,<br><br>Debtors. | Case No. 2:-07-bk-00986 CGC<br><br>Chapter 13<br><br>**OBJECTION TO DEBTORS' MOTION FOR MORATORIUM ON PLAN PAYMENTS** |

Pursuant to Local Bankruptcy Rule 2084-9, LifeScape Medical Associates, P.C. ("LifeScape"), a creditor and party in interest in the Chapter 13 case captioned above, hereby files its Objection to Debtors' Motion for Moratorium in Plan Payments (the "Moratorium Motion") filed on or about July 10, 2009 at ECF docket no. 107. For the reasons set forth below, LifeScape respectfully requests that the Moratorium Motion be denied.

First, the Second Amended Plan submitted by Debtors calls for plan payments over a period of sixty (60) months. The Motion for Moratorium in Plan Payments (the "Moratorium Motion") makes no mention of how or when the missed Plan Payments will be accounted for during the course of the Plan. What is clear, however, is that additional

1 | payments cannot be added to the current Plan to account for these missed payments.
2 | Accordingly, the request for moratorium by Debtors is yet another example of the
3 | infeasible nature of Debtors' proposed Plan, and the failure of Debtors to propose a Plan
4 | in good faith.

Similarly, a request for a plan moratorium is subject to the same standards as a request for plan confirmation, and is subject to the same scrutiny:

> A moratorium involves a request by debtor that plan payments for a specified period be forgiven because debtor has suffered some unforeseen, temporary loss of income. Because the decrease in funding caused by a moratorium may impede debtors' ability to successfully perform within the time limits specified in § 1322(c), and because the urgency of debtors' need for a moratorium may relate to the § 1325(a)(3) requirement that the plan be proposed in good faith, we carefully scrutinize requests for moratoriums.

*In re Kehm,* 90 B.R. 117, 125 (Bankr. E.D. Pa. 1988). ). Here, Debtors provide insufficient grounds to support the request for a payment moratorium, which are necessary to satisfy the requirements of the Bankruptcy Code. Accordingly, LifeScape respectfully requests that the Motion for Moratorium be denied.

RESPECTFULLY SUBMITTED this 4th day of August, 2009.

GALLAGHER & KENNEDY, P.A.

By: /s/ *Joseph E. Cotterman*
    Joseph E. Cotterman
    Lindsi M. Weber
    2575 East Camelback Road
    Phoenix, Arizona 85016-9225
    Attorneys for LifeScape Medical Associates, P.C.

COPY of the forgoing emailed
this 4th day of August, 2009
to:

Lawrence D. Hirsch, Esq.
DeConcini McDonald Yetwin & Lacy, PC
7310 N. 16 Street
Phoenix, AZ 85020-5258
Email: lhirsch@dmylphx.com
*Attorney for Debtors*

214777415788-0003

| | |
|---|---|
| 1 | Ronald L. Hoffbauer |
| | Edward J. Maney, Chapter 13 Trustee |
| 2 | P.O. Box 10434 |
| | Phoenix, AZ 85064 |
| 3 | Email: ronh@maney13trustee.com |
| 4 | |
| 5 | COPY of the forgoing mailed via Regular US Mail this |
| | 5th day of August, 2009 to: |
| 6 | |
| 7 | Kenneth and Jessica Ellsworth |
| | 8015 E. Foothills Drive |
| | Scottsdale, Arizona |
| 8 | *Debtors* |
| 9 | Edward Maney |
| | P.O. Box 10434 |
| 10 | Phoenix, Arizona 85064-0434 |
| | Email: susanh@maney13trustee.com |
| 11 | *Chapter 13 Trustee* |
| 12 | Office of the U.S. Trustee |
| | 230 North First Avenue, Suite 204 |
| 13 | Phoenix, Arizona 85003 |
| 14 | Twenty Largest Creditors |
| 15 | |
| | /s/ *Debra A. Lopez* |
| 16 | |

214777415788-0003