Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| KENNETH KARL ELLSWORTH, ) | CASE NO. B-07-00986-PHX-CGC |
| JESSICA TERESA ELLSWORTH, ) | |
| ) | TRUSTEE'S EVALUATION AND |
| ) | RECOMMENDATION(S) REPORT WITH |
| ) | NOTICE OF POTENTIAL DISMISSAL IF |
| ) | CONDITIONS ARE NOT SATISFIED |
| ) | |
| ) | RE: MOTION FOR MORATORIUM |
| (Debtor(s) ) | |

Edward J. Maney, Trustee, has analyzed the Debtors' Motion for Moratorium and supporting documents and submits the following evaluation and recommendation(s):

1. Lifescape Medical Associates, P.C. has filed an objection to the Moratorium. The Trustee requires the objection to be resolved prior to confirmation of the Moratorium.

2. The Trustee notes that after two years of being active, the debtors' have still not been able to confirm a Chapter 13 Plan.

In summary, the Motion for Moratorium can be granted subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Granting Motion for Moratorium, and Court approval. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to submit a Stipulated Order Granting Motion for Moratorium to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Dated: [see electronic signature]

_____
Edward J. Maney, Trustee

Copies of the forgoing
Mailed [see electronic signature],
to the following:

Kenneth Ellsworth
Jessica Ellsworth
8015 E. Foothills Dr.
Scottsdale, AZ 85255
Debtors

Lawrence D. Hirsch, Esq.
7310 N. 16th Street
Suite #330
Phoenix, AZ 85020
Debtors' counsel

By:_____
    Trustee's Clerk