# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: __August, 08__

Receipts and Disbursement for Month Ended _____

| Gross Receipts: | Amount for Month |
|---|---|
| 1 Gross Sales | $ 30,811 |
| 2 Less Cost of Goods Sold | $ 9,939 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 20,872 |
| 4 Add Other Income | $ |
| 5 Gross Income (add lines 3 and 4) (A) | $ 20,872 |

Business Costs and Expenses: (Do not list Chapter 13 Plan payment)

| | |
|---|---|
| 6 Business Real Property Rent/Lease | $ 3,737 |
| 7 Business Real Property Utilities | $ |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 5,967 |
| 9 Employee Benefits | $ |
| 10 Payroll Tax ~~Deposits~~ Expense | $ 456 |
| 11 Sales Tax Deposits | $ |
| 12 Other Tax Deposits | $ |
| 13 Auto Expense | $ 85 |
| 14 Repairs/Maintenance | $ |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 Workman's Compensation Insurance | $ |
| 17 Supplies (not included on line 2 above) | $ 226 |
| 18 Telephone/Internet | $ 199 |
| 19 Advertising/Promotion | $ |
| 20 Travel/Entertainment | $ 16 |
| 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 7,349 |
| 22 Other Costs/Expense | $ 2,444 |
| 23 Total Business Costs and Expenses for Month (B) | $ 20,479 |
| 24 Net Income (Loss) for Month (A minus B) | $ 393 |

| | |
|---|---|
| Total Funds On Hand/In Bank At End Of Month | $ 5,304 |
| Total Inventory On Hand At End Of Month | $ |
| Total Accounts Receivable (Collectible) At End Of Month | $ |
| Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2800)  Instruction on Reverse Side

*Edward J. Maney, Trustee*
## LIST OF CURRENT TRADE CREDITORS

Case No: _____ Debtor(s) Name: _____ Date List Prepared: August 31, 2008

Section 1304(a) of the Bankruptcy Code states that "A debtor that is self-employed and incurs trade credit in the production of income from such employment is engaged in business." In this regard, we must know whether any creditors presently extend trade credit to you or your business. (Note: Trade credit is defined as credit extended to you or your business by creditors for the purchase of goods which you resell, assemble and sell, or use in the manufacture of products as which you sell. The extension of this credit allows you receive and use immediately goods, materials, inventory, etc. which you will pay for at a later date.)

☐ **Check here and sign and date below if no creditors presently extend trade credit to you or your business.**

If trade credit is periodically extended to you by creditors, please list below the creditors' names, the goods, materials, inventory, etc. for which credit is being extended, and the estimated amount you presently owe these creditors.

| Name of Creditor Extending Credit | Goods or Materials Provided Through Credit | I Have Owed This Amt 30 Days or Less | + | I Have Owed This Amt More Than 30 Days | = | Total Owed This Creditor |
|---|---|---|---|---|---|---|
| Bank of America Credit Card | Operating Expenses | 1,126 | + | 2,673 | = | 3,799 |
| American Express Credit Card | Operating Expenses | 328 | + | — | = | 328 |
| IRS - Payroll Taxes | Payroll Taxes | 1,859 | + | 168 | = | 2,027 |
| AZ Dept. of Rev. - Payroll Taxes | Payroll Taxes | 252 | + | 253 | = | 505 |
| AZ Dept of Econ. Security - Payroll Taxes | Payroll Taxes | — | + | 58 | = | 58 |
| Bank of America Line of Credit | Line of Credit | — | + | 22,000 | = | 22,000 |
| Chase Auto Finance | Auto Loan | | + | 33,997 | = | 33,997 |
| | | | + | | = | |
| | | | + | | = | |
| | | Totals= 3,565 | + | 59,149 | = | 62,714 |

Note: Attach additional pages if needed.

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures:  Signature _____ Date _____  Signature _____ Date _____

Form B-3 (8/2001)

# FAMILY PRACTICE OF SCOTTSDALE
Statement of Assets, Liabilities & Owners' Equity - Income Tax Basis
August 31, 2008

## ASSETS

Current Assets
  Bank of America Checking    $    5,309.33

  Total Current Assets    5,309.33

Property and Equipment
| | |
|---|---:|
| Medical Equipment | 14,467.31 |
| Office Equipment | 40,201.36 |
| Automobiles | 53,550.86 |
| Leasehold Improvements | 5,350.00 |
| Accum Dpn - Medical Equip | (14,467.31) |
| Accum Dpn - Office Equip | (40,201.36) |
| Accum Dpn - Auto | (41,617.08) |
| Accum Dpn - Leasehold Improv | (334.64) |

  Total Property and Equipment    16,949.14

Other Assets
  Shareholder Loan Receivable    19,000.00

  Total Other Assets    19,000.00

**Total Assets**    $    **41,258.47**

## LIABILITIES AND EQUITY

Current Liabilities
| | |
|---|---:|
| Amex Credit Card Payable    $ | 328.05 |
| Bank of America CC | 3,799.08 |
| Federal Payroll Tax Payable | 1,858.63 |
| Fed Unemployment Tax Payable | 168.01 |
| State Payroll Tax Payable | 505.04 |
| State Unemployment Tax Payable | 58.06 |
| Line of Credit | 22,000.00 |

  Total Current Liabilities    28,716.87

Long-Term Liabilities
  Auto Loan    33,996.60

  Total Long-Term Liabilities    33,996.60

  Total Liabilities    62,713.47

Equity
| | |
|---|---:|
| Owners Draw | (33,922.64) |
| Contributed Capital | 330.00 |
| Retained Earnings | 669.44 |
| Net Income | 11,468.20 |

  Total Equity    (21,455.00)

**Total Liabilities & Equity**    $    **41,258.47**

See Accountants' Compilation Report

# FAMILY PRACTICE OF SCOTTSDALE
## Statement of Revenues & Expenses - Income Tax Basis
## For the One Month and Eight Months Ending August 31, 2008

|  | Current Month | percent | Year to Date | percent |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Patient Income | $ 30,810.83 | 100.00 | $ 242,598.89 | 100.00 |
| Total Revenues | 30,810.83 | 100.00 | 242,598.89 | 100.00 |
| **Cost of Sales** | | | | |
| Medical Supplies | 1,404.19 | 4.56 | 7,878.58 | 3.25 |
| Hospital Charges | 0.00 | 0.00 | 705.00 | 0.29 |
| Contract Labor | 7,125.00 | 23.12 | 74,572.50 | 30.74 |
| Billing Services | 1,310.67 | 4.25 | 3,547.62 | 1.46 |
| Lab Fees | 0.00 | 0.00 | 3,410.86 | 1.41 |
| Medical Waste Disposal | 0.00 | 0.00 | 218.25 | 0.09 |
| Patient Refunds | 98.71 | 0.32 | 256.26 | 0.11 |
| Total Cost of Sales | 9,938.57 | 32.26 | 90,589.07 | 37.34 |
| Gross Profit | 20,872.26 | 67.74 | 152,009.82 | 62.66 |
| **Expenses** | | | | |
| Accounting | 1,964.42 | 6.38 | 5,675.06 | 2.34 |
| Automobile | 84.65 | 0.27 | 1,092.47 | 0.45 |
| Bank Service Charges | 0.00 | 0.00 | 108.95 | 0.04 |
| Building Security/Protection | 0.00 | 0.00 | 440.62 | 0.18 |
| Credit Card Fees | 162.44 | 0.53 | 1,273.36 | 0.52 |
| Credit Card Finance Charge | 37.92 | 0.12 | 486.16 | 0.20 |
| Depreciation | 565.83 | 1.84 | 4,526.64 | 1.87 |
| Dues/Subscriptions | 0.00 | 0.00 | 641.94 | 0.26 |
| Gifts | 0.00 | 0.00 | 313.54 | 0.13 |
| Insurance - Malpractice | 0.00 | 0.00 | 4,293.00 | 1.77 |
| Insurance - Liability | 0.00 | 0.00 | 1,848.00 | 0.76 |
| IT Expenses | 158.93 | 0.52 | 1,465.53 | 0.60 |
| Interest Expense | 283.74 | 0.92 | 2,360.17 | 0.97 |
| Janitorial | 797.60 | 2.59 | 7,373.60 | 3.04 |
| Legal Fees | 5,385.01 | 17.48 | 17,713.10 | 7.30 |
| Licensing | 0.00 | 0.00 | 210.00 | 0.09 |
| Meals/Entertainment | 15.51 | 0.05 | 326.54 | 0.13 |
| Office Expense | 437.15 | 1.42 | 1,358.35 | 0.56 |
| Office Supplies | 225.90 | 0.73 | 2,263.04 | 0.93 |
| Postage | 0.00 | 0.00 | 54.62 | 0.02 |
| Rent | 3,736.70 | 12.13 | 25,496.35 | 10.51 |
| Owners Salary | 2,500.00 | 8.11 | 20,000.00 | 8.24 |
| Staff Salary | 3,466.66 | 11.25 | 33,290.30 | 13.72 |
| Payroll Tax Expense | 456.45 | 1.48 | 4,920.95 | 2.03 |
| Telephone Expense | 198.53 | 0.64 | 1,683.93 | 0.69 |
| Travel | 0.00 | 0.00 | 1,125.40 | 0.46 |
| Charitable Donations | 0.00 | 0.00 | 200.00 | 0.08 |
| Total Expenses | 20,477.44 | 66.46 | 140,541.62 | 57.93 |
| **Net Income** | $ 394.82 | 1.28 | $ 11,468.20 | 4.73 |

See Accountants' Compilation Report