# MONTHLY BUSINESS OPERATING STATEMENT

Case No: _____  Debtor(s) Name: _____  Date Prepared: _____

Receipts and Disbursement for Month Ended **Oct. 31, 2008**

| Gross Receipts: | Amount for Month |
|---|---|
| 1 Gross Sales | $ 34,496 |
| 2 Less Cost of Goods Sold | $ 9,299 |
| 3 Gross Profit from Sales (subtract line 2 from line 1) | $ 26,197 |
| 4 Add Other Income | $ |
| 5 Gross Income (add lines 3 and 4) (A) | $ 26,197 |

Business Costs and Expenses: (Do not list Chapter 13 Plan payment)

| | |
|---|---|
| 6 Business Real Property Rent/Lease | $ 3,737 |
| 7 Business Real Property Utilities | $ |
| 8 Salaries/Wages (not included on line 2 above; exclude owner's draw) | $ 5,967 |
| 9 Employee Benefits | $ |
| 10 Payroll Tax ~~Deposits~~ Expense | $ 456 |
| 11 Sales Tax Deposits | $ |
| 12 Other Tax Deposits | $ |
| 13 Auto Expense | $ |
| 14 Repairs/Maintenance | $ 72 |
| 15 Insurance on Business (Fire, Theft, Liability, etc.) | $ |
| 16 Workman's Compensation Insurance | $ |
| 17 Supplies (not included on line 2 above) | $ 281 |
| 18 Telephone/Internet | $ 201 |
| 19 Advertising/Promotion | $ |
| 20 Travel/Entertainment | $ |
| 21 Professional Fees Paid (Attorney, Accountant, etc.) | $ 1,424 |
| 22 Other Costs/Expense | $ 2,189 |
| 23 Total Business Costs and Expenses for Month (B) | $ 14,327 |
| 24 Net Income (Loss) for Month (A minus B) | $ 11,870 |

| | |
|---|---|
| Total Funds On Hand/In Bank At End Of Month | $ 13,684 |
| Total Inventory On Hand At End Of Month | $ |
| Total Accounts Receivable (Collectible) At End Of Month | $ |
| Total Accounts Payable At End Of Month | $ |

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: _____  Date: _____

_____  Date: _____

Form B-6 (12/2008)   *Instruction on Reverse Side*

**Edward J. Maney, Trustee**
**LIST OF CURRENT TRADE CREDITORS**

Case No: _____  Debtor(s) Name: _____  Date List Prepared: Oct. 31, 2008

Section 1304(a) of the Bankruptcy Code states that "A debtor that is self-employed and incurs trade credit in the production of income from such employment is engaged in business." In this regard, we must know whether any creditors presently extend trade credit to you or your business. (Note: Trade credit is defined as credit extended to you or your business by creditors for the purchase of goods which you resell, assemble and sell, or use in the manufacture of products as which you sell. The extension of this credit allows you receive and use immediately goods, materials, inventory, etc. which you will pay for at a later date.)

☐ Check here and sign and date below if no creditors presently extend trade credit to you or your business.

If trade credit is periodically extended to you by creditors, please list below the creditors' names, the goods, materials, inventory, etc. for which credit is being extended, and the estimated amount you presently owe these creditors.

| Name of Creditor Extending Credit | Goods or Materials Provided Through Credit | I Have Owed This Amt 30 Days or Less | + | I Have Owed This Amt More Than 30 Days | = | Total Owed This Creditor |
|---|---|---|---|---|---|---|
| Bank of America Credit Card | Operating Expenses | 1,367 | + | 154 | = | 1,521 |
| IRS - Payroll Taxes | Payroll Taxes | 1,859 | + | 168 | = | 2,027 |
| AZ Dept. of Rev. - Payroll Taxes | Payroll Taxes | 253 | + | — | = | 253 |
| Bank of America - Line of Credit | Line of Credit | — | + | 22,000 | = | 22,000 |
| Chase Auto Finance | Auto Loan | — | + | 32,510 | = | 32,510 |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| | | | + | | = | |
| | | Totals= 3,479 | | 54,832 | = | 58,311 |

Note: Attach additional pages if needed.

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures:

Signature _____  Date _____

Signature _____  Date _____

Form B-3 (8/2001)