**SO ORDERED.**

**Dated: July 22, 2010**



_____
**CHARLES G. CASE, II
U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

KENNETH KARL ELLSWORTH and
JESSICA TERESA ELLSWORTH,

Debtors.

Chapter 13

2:07-bk-0986-CGC

**ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE**

This matter came before the Court pursuant to the *Motion To Dismiss Chapter 13 Case*, filed by LifeScape Medical Associates, P.C. ("LifeScape") on April 3, 2009 at ECF docket number 92 (the "Motion"). The Motion requests that this Chapter 13 case be dismissed with prejudice for cause pursuant to 11 U.S.C. §1307(c), and for bad faith pursuant to, among other authorities, *In re Leavitt*, 171 F.3d 1219 (9th Cir. 1999). The Court held a number of hearings on the Motion, including an evidentiary hearing on September 11, 2009.

The Court has considered the Motion, the response thereto filed by Debtors Kenneth and Jessica Ellsworth ("Debtors"), the arguments of counsel for the parties at the various pre-trial hearings on the Motion, the evidence and testimony presented at the September 11th evidentiary hearing, the parties' post-trial briefs, and the entire record in this case. On March 24, 2010, this Court entered its *Under Advisement Decision Re: Motion To Dismiss* (the "Decision") at ECF docket number 186. Based on the foregoing, the Court hereby finds and concludes as follows:

The Decision shall constitute this Court's findings of fact and conclusions of law for purposes of F.R.Civ.P. 52, made applicable to this contested matter by F.R.Bankr.P. 7052 and 9014(c). The Decision is incorporated in this Order by this reference.

Based on all the foregoing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED;

2. As requested in the Motion, for the reasons set forth in the Decision, and in accord with *In re Leavitt*, this Chapter 13 case is hereby DISMISSED WITH PREJUDICE.

3. Pursuant to *Leavitt*, this dismissal with prejudice is a complete adjudication of the issues, and bars further bankruptcy proceedings between the parties to this Chapter 13 case.

4. If Debtors file any future petition for relief under any chapter of Title 11 of the United States Code in the District of Arizona, the clerk is directed to assign such case to this Court, Honorable Charles G. Case, II, for disposition.

**DATED AND SIGNED ABOVE.**

2417079/15788-0002

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: brennerc           Page 1 of 1              Date Rcvd: Jul 23, 2010
Case: 07-00986                Form ID: pdf002          Total Noticed: 19

The following entities were noticed by first class mail on Jul 25, 2010.
db/jdb       +KENNETH KARL ELLSWORTH,    JESSICA TERESA ELLSWORTH,     8015 E. FOOTHILLS DR.,
               SCOTTSDALE, AZ 85255-4905
aty          +JACLYN D. MALKA,    GALLAGHER & KENNEDY, PA,    2575 E. CAMELBACK RD.,    PHOENIX, AZ 85016-9279
aty          +RONALD L. HOFFBAUER,    EDWARD J. MANEY, CHAPTER 13 TRUSTEE,     P.O. BOX 10434,
               PHOENIX, AZ 85064-0434
smg           AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ  85007-2650
cr           +CitiMortgage,Inc.,    P O Box 829009,   Dallas, TX 75382-9009
cr           +JPMORGAN CHASE BANK, N.A.,    Patricia Doyle-Kossick, PLC,    4500 S. Lakeshore Drive,   Suite 575,
               Tempe, AZ 85282-7187
6895219      +ARIZONA DEPARTMENT OF REVENUE,    SPECIAL OPERATIONS SECTION 7TH FLOOR,    1600 W. MONROE,
               PHOENIX, AZ 85007-2612
6883829       CHASE,   P.O. BOX 78101,    PHOENIX AZ 85062-8101
6883830      +CITI MORTGAGE,    P.O. BOX 6006,    THE LAKES NV 88901-6006
6910263     ++CITIMORTGAGE,    5280 CORPORATE DRIVE,    BANKRUPTCY DEPARTMENT,    ATTENTION MC0023,   FREDERICK MD,
               21703-8351
              (address filed with court: CitiMortgage, Inc.,     5280 Corporate Drive,    Cash Processing, MC 0257,
               Frederick, Maryland 21703)
6894478      +CitiMortgage,Inc.,     P.O. Box 829009,    Dallas, Texas 75382-9009
6934515      +ECMC,   7325 Beaufont Springs,    Suite 200,   Richmond, VA 23225-5563
6883831      +GREAT LAKES EDUCATIONAL LOAN SERVICE,    P.O. BOX 3059,    MILWAUKEE WI 53201-3059
6894888     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: internal revenue service,     210 east earll drive,
               phoenix, az  85012)
6892630      +LIFESCAPE MEDICAL ASSOCIATES, P.C.,    C/O GALLAGHER & KENNEDY, P.A.,    JOSEPH E. COTTERMAN,
               2575 EAST CAMELBACK ROAD,    PHOENIX, AZ 85016-4240
6883832      +MCDOWELL MOUNTAIN MEDICAL INVESTOR,    11360 JOG ROAD, #200,    PALM BEACH GARDENS FL 33418-1751
6905890      +THE CONSOL USB/GLELSI,    GREAT LAKES HIGHER ED GUARANTEE CORP,    PO BOX 7858,
               MADISON WI 53707-7858
6883833      +WELLS FARGO,    P.O. BOX 5185,    SIOUX FALLS SD 57117-5185
The following entities were noticed by electronic transmission on Jul 23, 2010.
6913714      +Fax: 602-221-4614 Jul 24 2010 00:58:19     chase auto finance,    201 n central ave,   az1-1191,
               phoenix az 85004-0073
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +ECMC,   7325 Beaufont Springs,    Suite 200,   Richmond, VA 23225-5563
cr*          +LIFESCAPE MEDICAL ASSOCIATES, P.C.,    c/o Gallagher & Kennedy, P.A.,    Joseph E. Cotterman,
               2575 East Camelback Road,    Phoenix, AZ 85016-4240
aty         ##+EDWIN 1 LEE,    HIRSCH LAW OFFICE, P.C.,    5020 E. SHEA BLVD., #150,    SCOTTSDALE, AZ 85254-4692
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                                    **Signature:** _Joseph Speetjens_